DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
GINA LE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KYLE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  Cr.-10-271 EFB |
|              Plaintiff, ) | |
|      v. ) | STIPULATION AND ORDER TO VACATE THE TRIAL DATES AND SET FOR CHANGE OF PLEA HEARING |
| KYLE GONZALEZ, ) | |
|              Defendant. ) | Date:  August 30, 2010<br>Time:  10:00 am.<br>Judge: Hon. Edmund F. Brennan |

    The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, KYLE GONZALEZ, by and through counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the trial confirmation hearing date set for August 30, 2010 at 10:00 am. and the jury trial set for September 21, 2010 at 9:30 am., and set this case for a change of plea hearing on August 30, 2010, at 10:00 am.

////

1  The parties agree that the ends of justice served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and additional time is needed to negotiate a resolution. 18
4  U.S.C. § 3161(h)(7)(A).

5  The parties stipulate that for the purpose of computing time under
6  the Speedy Trial Act, the Court should exclude time from the date of
7  this order until August 30, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
8  [Local Code T4].

Dated:  August 24, 2010

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Lauren Cusick
                                       LAUREN CUSICK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       KYLE GONZALEZ

Dated: August 24, 2010          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

                                        ORDER

IT IS SO ORDERED.
Dated: August 25, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER     -2-