DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
GINA LE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KYLE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S-10-271 EFB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| KYLE GONZALEZ, ) | Date:  November 15, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for KYLE GONZALEZ, that the Court vacate the defendant's sentencing set for November 15, 2010.  The defendant respectfully requests the Court change the defendant's sentencing date to December 13, 2010 at 10:00 a.m.

    At present, more time is needed by the designated probation officer in this case.  Specifically, the probation officer needs

more time to draft a report for Mr. Gonzalez.

Dated: October 8, 2010

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Linda C. Harter
        _____
        LINDA C. HARTER
        Chief Assistant Federal Defender
        Attorney for Defendant
        KYLE GONZALEZ

Dated: October 8, 2010        BENJAMIN B. WAGNER
        United States Attorney

        /s/ Matthew C. Stegman
        _____
        MATTHEW C. STEGMAN
        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 8, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE