```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00271-EFB |
| Plaintiff, | ORDER DISCHARGING PROBATION AND DISMISSING PROCEEDINGS |
| v. | |
| KYLE A. GONZALEZ, | |
| Defendant. | |

The United States of America reports that the defendant, Kyle A. Gonzalez, has complied with the conditions of probation and recommends discharge from probation and dismissal of proceedings without a judgment of conviction.

Pursuant to 18 U.S.C. § 3607, it is Hereby Ordered that the defendant is discharged from probation and the proceedings are dismissed without a judgment of conviction.

SO ORDERED.

Dated: May 3, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE